HONORABLE JUSTIN L. QUACKENBUSH

Mr. Steven C. Lacy
Lacy Kane, P.S.
455 6th St. NE
East Wenatchee, WA 98802
(509) 884-9541

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRANDI JACKSON,                )
                               )
       Plaintiff,              )   NO.   CV-06-00364-JLQ
                               )
   vs.                         )   PLAINTIFF'S WITNESS LIST
                               )
ALBERTSON'S, INC.,             )
                               )
       Defendant.              )
_____)

Plaintiff Brandi Jackson, through Steven C. Lacy of Lacy Kane, P.S., pursuant to the Scheduling Conference Order dated March 7, 2007, submits this list witnesses who may be called at trial.

      1.    Brandi Jackson
            211 Ridgemont Drive
            East Wenatchee, WA  98802
            (509) 630-3643

Brandi Jackson would have information concerning her employment at Albertson's and the frequent and unwanted touching and sexual overtures towards her by the store director Greg Bruggman.  She would also have information concerning how the frequent and unwanted touching and sexual

PLAINTIFF'S WITNESS LIST
c5: Jackson-b.dis\pleadings\witness list
Page 1

LACY KANE, P.S.
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

overtures affected her employment at Albertson's and the distress it caused in her life.

    2.    Greg Bruggman
        Address unknown
        Albertson's Employee
        Mr. Bruggman would have information regarding his frequent and unwanted touching of the plaintiff.

    3.    Sundi Perez
        Address unknown
        East Wenatchee, WA  98802
        (509) 884-1424
        Sundi Perez would have information that Greg Bruggman kept sending the plaintiff email messages to Banner Bank (the plaintiff's place of employment following Albertson's).  Sundi also spoke to Greg Bruggman and asked him to leave the plaintiff alone.

    4.    Eric Thielen
        920 Westchester Drive
        Wenatchee, WA  98802
        (509) 667-7982
        Eric Thielen is an Albertson's employee and would have information in this case as he was upset that the plaintiff was receiving favorable treatment by the store director, Greg Bruggman.

    5.    Rhonda Yenney
        Address unknown
        Wenatchee, WA  98801
        (509) 662-6494
        Rhonda Yenney, as a subordinate of the plaintiff's while the plaintiff was still employed at Albertson's, may have information regarding the frequent and unwanted touching of the plaintiff by Greg Bruggman.

    6.    Sarah Johnson
        Address Unknown
        Sarah Johnson, as a subordinate of the plaintiff's while the

PLAINTIFF'S WITNESS LIST
c5: Jackson-b.dis\pleadings\witness list
Page 2

LACY KANE, P.S.
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

plaintiff was still employed at Albertson's, may have information regarding the frequent and unwanted touching of the plaintiff by Greg Bruggman.

      7.    Susan Evans
           Susan Evans Counseling, MSW
           434 Orondo
           Wenatchee, WA  98802
           (509) 662-7632

Susan Evans provided counseling to Brandi Jackson through the summer of 2006. She would be able to provide testimony as to the diagnosis, prognosis, causation and treatment she provided for injuries Brandi sustained as a result of the frequent and unwanted touching by Greg Bruggman.

      8.    Gina Mulhall
           Address unknown
           Albertson's employee

Gina Mulhall may have information regarding the issues in this matter as she was also possibly the victim of sexual harassment by Greg Bruggman.

      9.    Amy McDaniel
           Address unknown
           Former Albertson's employee

Amy McDaniel may have information regarding the issues in this matter as she was also possibly the victim of sexual harassment by Greg Bruggman.

Plaintiff hereby reserves the right to call any fact witnesses identified by Defendants in discovery and/or designated witness lists filed with the Court at the time of trial.

PLAINTIFF'S WITNESS LIST
c5: Jackson-b.dis\pleadings\witness list
Page 3

LACY KANE, P.S.
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

1     DATED this 30th day of April, 2007.

                                 By       s/      Steven C. Lacy
                                       WSBA NO. 10814
                                       Attorney for Plaintiffs
                                       Lacy Kane, P.S.
                                       455 6th Street NE
                                       P.O. Box 7132
                                       East Wenatchee, WA 98802
                                       Telephone: (509) 884-9541
                                       Fax: (509) 884-4805
                                       Email: steve@lacykane.com

PLAINTIFF'S WITNESS LIST
c5: Jackson-b.dis\pleadings\witness list
Page 4

**LACY KANE, P.S.**
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805


## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed Plaintiff's Witness List with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Kenneth J. Diamond
Winterbauer & Diamond, P.L.L.C.
1200 Fifth Avenue, Suite 1910
Seattle, WA 98101

Adam G. Cuff
Winterbauer & Diamond, P.L.L.C.
1200 Fifth Avenue, Suite 1910
Seattle, WA 98101

s/ STEVEN C. LACY
STEVEN C. LACY
WSBA NO. 10814
Attorney for Plaintiff
LACY KANE, P.S.
P.O. Box 7132
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email: steve@lacykane.com

PLAINTIFF'S WITNESS LIST
c5: Jackson-b.dis\pleadings\witness list
Page 5

LACY KANE, P.S.
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805