UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDI JACKSON,<br><br>               Plaintiff,<br><br>   vs.<br><br>ALBERTSON'S, INC.,<br><br>               Defendant. | No. CV-06-364-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      Pursuant to the Stipulation of the parties, the complaint and the claims therein are hereby dismissed with prejudice, without costs or attorneys fees to any party hereto.

      The Clerk of this court shall enter this Order, enter judgment, forward copies to counsel, and close this file.

      **DATED** this 24th day of July 2007.

                                s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1