AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Brandi Jackson

JUDGMENT IN A CIVIL CASE

v.

Albertson's Inc.

CASE NUMBER: CV-06-364-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to the Stipulation of the parties, the complaint and the claims therein are hereby dismissed with prejudice.

| | |
|---|---|
| 07/25/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |